IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 96-20421
(Summary Calendar)

SAMUEL E. WILLIAMS; WANDA O. LOTT

Plaintiffs-Appellants,

versus

JOHNNY KLEVENHAGEN, Sheriff; CARTER, Sgt.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
(USDC No. CA-H-94-1344)
- - - - - - - - - -
November 19, 1996

Before HIGGINBOTHAM, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Samuel E. Williams, #436286, and Wanda O. Lott, #079495, appeal the district court's grant of summary judgment for the defendants in this civil rights action. We have reviewed the briefs and the record. The district court did not err in granting summary judgment for the defendants because there was no genuine issue as to any material fact and the defendants were entitled to a judgment as a matter of law. Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986).

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.